WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Tanya Rathjen,<br><br>    Plaintiff,<br><br>vs.<br><br>Litton Loan Servicing LP; Deutsche Bank National Trust Company; Soundview Home Loan Trust 2005-3; Title Trust Deed Service Company of Arizona LLC; First Finance Investments LLC; New Century Financial Corporation,<br><br>    Defendants. | CV 11-01779-PHX-FJM<br><br>**ORDER** |

The court has before it the plaintiff's motion for extension of time (doc. 13). Having shown good cause, **IT IS ORDERED** that plaintiff shall have through and including November 6, 2011 to submit an amended and verified complaint and memorandum in opposition to defendant Litton Loan Servicing LP's motion to dismiss.

We urge plaintiff to seek the advice of counsel. If plaintiff does not have a lawyer, she may wish to call the Lawyer Referral Service of the Maricopa Bar Association at 602-257-4434.

DATED this 6th day of October, 2011.

_Frederick J. Martone_
Frederick J. Martone
United States District Judge